UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 00-319(DWF)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Chris Anthony Sayers,<br><br>Defendant. | **MOTION FOR APPOINTMENT OF COUNSEL** |

* * * * * * * * * * * * * * * * *

The defendant, Chris Anthony Sayers, through and by his attorney, Paul Engh, moves the Court for an Order appointing counsel.

This motion is based upon the attached letter, sent to the Court but not filed, and all other matters of record.

Dated: April 30, 2007

Respectfully submitted,

PAUL ENGH
Suite 215 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
(612) 252-1100
Attorney Reg. No. 134685

Attorney for Mr. Sayers

SCANNED
MAY 03 2007
U.S. DISTRICT COURT ST. PAUL