**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Chris Anthony Sayers,

Defendant.

Criminal No. 00-319(1) (DWF/AJB)

**ORDER**

---

Paul H. Luehr, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Paul C. Engh, Esq., Engh Law Office, counsel for Defendant.

---

This matter comes before the Court upon the Defendant's request for appointment of counsel. Based upon representations of Mr. Sayers' lawyer, Paul Engh, and in the interests of justice,

**IT IS HEREBY ORDERED** that Paul Engh be appointed to represent Mr. Sayers.

Dated: May 3, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court